Rose Wichard, Landlord, Appellant, *v.* Robert Rubin, Tenant, Respondent.

Supreme Court, Appellate Term, Second Department, April 25, 1946.

*Morris Permut* and *Nathan Permut* for appellant.

*Benjamin E. Alter* for respondent.

MEMORANDUM *Per Curiam.* The limitation of time prescribed by the Emergency Price Control Act of 1942 (U. S. Code, tit. 50, Appendix, § 901 *et seq.*) in which to bring an action on account of overcharges, precluded the tenant from recovering for an overpayment made more than one year prior to the interposition of the counterclaim.

The judgment should be unanimously modified upon the law and facts by reducing the amount of the recovery against the landlord to $281, and as so modified affirmed, with $25 costs of this appeal to the landlord, and order unanimously affirmed.

MACCRATE, MCCOOEY and STEINBRINK, JJ., concur.

Judgment and order accordingly.